TOWNSHIP OF MANALAPAN, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY, IN THE COUNTY OF MONMOUTH, PLAINTIFF-RESPONDENT, v. GERALD K. LOEB, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Submitted December 2, 1974—Decided December 16, 1974.

Before Judges MICHELS, MORGAN and MILMED.

*Mr. William J. Hamilton, Jr.,* attorney for appellant.

*Mr. Marvin E. Schaefer,* attorney for respondent.

PER CURIAM. Judgment of the Chancery Division is affirmed substantially for the reasons set forth in the opinion of Judge Lane, 126 *N. J. Super.* 277.